IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN KILPATRICK,               )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:13cv953-MHT
                               )          (WO)
CRENSHAW COUNTY COMMISSION     )
and BENJAMIN H. SANDERS,       )
in his individual capacity     )
as County Engineer,            )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED that the motion to dismiss filed by defendants Crenshaw County Commission and Benjamin H. Sanders (doc. no. 6) is granted, and that this lawsuit is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff John Kilpatrick, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of June, 2016.

                                         _ /s/ Myron H. Thompson_
                                         **UNITED STATES DISTRICT JUDGE**